Kathryn Tassinari
Brent Wells
HARDER, WELLS, BARON, & MANNING, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NORMAN L. HEDLUND, o/b/o CLIFFORD HEDLUND, <br><br> Plaintiff, <br> vs. <br><br> JO ANNE B. BARNHART, Commissioner, Social Security Administration, <br><br> Defendant. | Civil No. 04-6395-AA <br><br> ORDER FOR PAYMENT OF ATTORNEY FEES AND COSTS & EXPENSES PURSUANT TO EAJA AND 28 U.S.C. §1920 |

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding attorney's fees in the amount of $2,880.05, costs in the amount of $150.00 in filing fees, and $25.00 in expenses for service,

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of $3,055.05 as full settlement of any and all claims for attorney fees and expenses under the Equal Access to Justice Act, 28 U.S.C. §2412 and costs pursuant to 28 U.S.C. §1920.

IT IS SO ORDERED on this __1__ day of __February__, 2006.

_____
U.S. District Judge

PRESENTED BY:

By: _____
Kathryn Tassinari
OSB #80115
Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES AND COSTS & EXPENSES